IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RYAN A. KLIESCH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:10-0600 |
| | ) | Judge Trauger |
| MORTGAGE ELECTRONIC REGISTRATION | ) | Magistrate Judge Knowles |
| SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On January 12, 2012, the Magistrate Judge issued a Report and Recommendation (Docket No. 25), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motion to Dismiss filed by defendant Mortgage Electronic Registration Systems, Inc. (Docket No. 20) is **GRANTED**, and all claims against this defendant are **DISMISSED**.

This being the only remaining defendant in this case, the Clerk is directed to **CLOSE** this file.

It is so **ORDERED.**

Enter this 2nd day of February 2012.

_____
ALETA A. TRAUGER
U.S. District Judge